NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GRETA D. CRAWFORD,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3206

---

Petition for review of the Merit Systems Protection Board in No. DE315H110384-I-1.

---

**ON MOTION**

---

## O R D E R

Greta D. Crawford moves, inter alia, for her petition for review to be transferred to the district court in light of *Kloeckner v. Solis*, 133 S.Ct. 596 (2012).

GRETA CRAWFORD V. MSPB                                         2

Upon consideration thereof,

IT IS ORDERED THAT:

The Merit Systems Protection Board is directed to respond no later than 14 days from the date of the filing of this order.

FOR THE COURT


 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk


s25